```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A94-0077--CR (JWS)
                                "USA V ALAN WAGERS ET AL"
                                   DEF 1.1 WAGERS, ALAN

        In public format, including terminated defendants, excluding terminated counsel


   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 06/30/94
            Closed: 12/23/94
No. of Defendants: 3
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 08/04/94
        Terminated: YES
Needs interpreter: NO
Counsel of record: Anna Cristina Weidner
                   Weidner & Associates Inc
                   330 L Street, Suite 200
                   Anchorage, AK 99501
                   907-276-1200
                   FAX    -    -
                   Serve: YES
                    Type: Retained
                    Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


Counts re: DEF 1.1 WAGERS, ALAN

Document          Count       Citation and Description                          Disposition
_____        _____       _____                          _____
                              No charges specified
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A94-0077--CR (JWS)
"USA V ALAN WAGERS ET AL"
DEF 2.1 MARTIN, JERRY D.

In public format, including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 06/30/94
               Closed: 12/23/94
   No. of Defendants: 3
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date: 08/04/94
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion
```

Counts re: DEF 2.1 MARTIN, JERRY D.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A94-0077--CR (JWS)
                              "USA V ALAN WAGERS ET AL"
                                  DEF 3.1 RESEK, ERROL

        In public format, including terminated defendants, excluding terminated counsel


      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 06/30/94
              Closed: 12/23/94
  No. of Defendants: 3
       MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date: 08/04/94
          Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


Counts re: DEF 3.1 RESEK, ERROL
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A94-0077--CR (JWS)
                                  "USA V ALAN WAGERS ET AL"

                         In public format, for all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
           Filed: 06/30/94
          Closed: 12/23/94
No. of Defendants: 3


| Document # | Filed | Docket text |
|---|---|---|
| 115 - 1 | 08/07/97 | DEF 1 Notice of filing petition signed by person with power of atty w/att exh. |
| 116 - 1 | 08/07/97 | DEF 1 Petition for Writ of H/C per 28:2255; civil case A97-311 CV. [no original signature of deft signed by POA of atty.] |
| 117 - 1 | 08/07/97 | DEF 1 Attorney Appearance [limited]. |
| 118 - 1 | 08/11/97 | [Re: DEF 1] JWS Minute Order referring 2255 motion to MJ Branson. cc: AUSA, Stucki, MJ Branson |
| 119 - 1 | 08/14/97 | DEF 1 motion to vacate, correct or set aside conviction per 28:2255. |
| 120 - 1 | 08/15/97 | [Re: DEF 1] AHB Order directing service and response; clk to serve on USA a copy of this order and copy of 2255 petition; USA shall file response w/n 30 dys. cc: AUSA, Stucki |
| 121 - 1 | 09/15/97 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to vacate, correct or set aside conviction per 28:2255. (119-1) |
| 122 - 1 | 10/28/97 | Return of subpoenas re: Terrence Zeznock, John J. Bobb, Lionell A. Tucker, Jr., Bernard Boyle, Mr. Lee Stoner. |
| 123 - 1 | 02/27/98 | Initial R&R recommends dismissal re: DEF 1 motion to vacate, correct or set aside conviction per 28:2255. (119-1). Objections due 03/16/98. Reply due 03/26/98. cc: USA, N. Stucki, JWS. |
| 124 - 1 | 03/13/98 | DEF 1 motion on shortened time for 30 day extension of time to file response to MJ R&R re: def's mot to vacate (docket no. 199) w/att memo & aff. |
| 125 - 1 | 03/16/98 | [Re: DEF 1] AHB Minute Order granting in part motion on shortened time for 30 day extension of time (124-1); obj to R&R due COB 3/20/98; responses, if any due COB 3/30/98; no further extensions will be granted. cc: USA, P. Weidner, JWS. |
| 126 - 1 | 03/19/98 | DEF 1 motion on shortened time for extension of time for three weeks to file response to MJ R&R (docket #199) w/att aff. |
| 127 - 1 | 03/20/98 | [Re: DEF 1] AHB Order denying motion on shortened time for extension of time for three weeks to file (126-1). cc: USA, N. Stucki |
| 128 - 1 | 03/23/98 | DEF 1 objection to R&R re: DEF 1 motion to vacate, correct or set aside conviction per 28:2255. (119-1) |
| 129 - 1 | 03/24/98 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to vacate, correct or set aside conviction per 28:2255 (119-1). |
| 130 - 1 | 03/27/98 | Final R&R re: DEF 1 motion to vacate, correct or set aside conviction per 28:2255 (119-1); crt declines to modify it's R&R; matter forwarded |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A94-0077--CR (JWS)
                              "USA V ALAN WAGERS ET AL"

                        In public format, for all filing dates

Document #     Filed       Docket text
                           to trial judge for determination.  cc: USA, N. Stucki, JWS.

  131 -    1   04/01/98    [Re: DEF 1] JWS Minute Order adopting R&R re: motion to vacate, correct
                           or set aside conviction per 28:2255 (119-1); the petition at dkt 119 is
                           DENIED.  cc:USA, Weidner, MJ Branson, A97-311CV

  132 -    1   04/02/98    [Re: DEF 1] Certified Copy of JWS Judgment in A97-311CV [JWS] dismissing
                           with prejudice defs' application for post-conviction relief.cc:USA,
                           Weidner, MJ Branson

  133 -    1   04/08/98    DEF-1 Application re: certificate of appealability.

  134 -    1   04/08/98    DEF 1 Appeal to 9CCA to dkt #132 fld 04/02/98.  cc:  cnsl, Judge
                           Sedwick, 9CCA, cert cy fld in A97-311--CV (JWS).  98-35483.

  135 -    1   04/16/98    [Re: DEF 1] JWS Minute Order granting application for certificate of
                           appealability at docket 133. cc:USA, Stucki, Appeals Clerk

 NOTE -    1   01/27/99    Notation: Entire record consisting of (4) Vols original clerk's file,
                           (1) Vol sealed file and (1) brown expando file containing transcripts
                           docketed as #102, 103 & 104 forwarded to 9CCA.

  136 -    1   02/20/01    [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (134-1) that
                           the district court's decision is AFFIRMED.  cc:  cnsl, Judge Sedwick

 NOTE -    2   05/01/01    Notation: Entire record consisting of 4 vol case file, 1 vol sealed
                           file, 3 vol transcripts received from 9CCA.

  137 -    1   06/25/01    DEF 1 Motion under 28 USC Section 2255 to vacate, set aside, or correct
                           sentence.

  138 -    1   06/25/01    DEF 1 Attorney Appearance P. Weidner.

  139 -    1   06/25/01    DEF 1 motion (petition) for writ of habeas corpus w/att exhs & aff.

  140 -    1   06/29/01    [Re: DEF 1] JWS Minute Order referring to MJ Branson mot under 28 USC
                           Section 2255 to vacate, set aside, or correct sentence (137-1). cc: USA,
                           N. Stucki, MJ Branson

  141 -    1   07/03/01    [Re: DEF 1] AHB Order Directing Service and Response; clerk to cy USA
                           w/dkt 137 and 139; USA to file answer/responsive pleading w/in 30 days.
                           cc: USA, A. Weidner

  142 -    1   07/05/01    [Re: DEF 1] PLF 1 motion to dismiss 2nd or successive 28:2255 motion for
                           lack of crt of appeals certificate.

  143 -    1   07/13/01    DEF 1 Notice of filing duplicate original of pet for writ of H/C signed
                           by petitioner w/att exhs.

  144 -    1   07/20/01    [Re: DEF 1] PLF 1 motion for summary dismissal of late filed 28 U.S.C.
                           §2255 motion w/att exhs.

  145 -    1   07/23/01    DEF 1 opposition to [Re: DEF 1] PLF 1 motion to dismiss 2nd or
                           successive 28:2255 motion for lack of crt of appeals certificate
                           (142-1).

  146 -    1   07/23/01    DEF 1 motion for order either: (1) staying petition for writ of habeas
                           corpus or in the alternative.

ACMS: R_RDSDI              As of 03/07/06 at 2:42 PM by PAM                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A94-0077--CR (JWS)
                             "USA V ALAN WAGERS ET AL"

                         In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 146 - 2 | 07/23/01 | DEF 1 motion in the alternative (2) dismissing petition for writ of habeas corpus w/o prejudice. |
| 147 - 1 | 08/10/01 | DEF 1 opposition to PLF 1 motion for summary dismissal of late filed 28 U.S.C. §2255 motion (144-1). |
| 148 - 1 | 10/19/01 | Initial R&R recommends dismissing w/o prejudice: DEF 1 Motion under 28 USC Section 2255 to vacate, set aside, or correct sentence. (139-1) (143 - signed duplicate original of pet). Objections due 10/26/01. Reply due 11/02/01. cc: USA, A. Weidner, Judge Sedwick |
| 148 - 2 | 10/19/01 | Initial R&R recommends GRANTING: [Re: DEF 1] PLF 1 motion to dismiss 2nd or successive 28:2255 motion for lack of crt of appeals certificate. (142-1). Objections due 10/26/01. Reply due 11/02/01. cc: USA, A. Weidner, Judge Sedwick |
| 148 - 3 | 10/19/01 | Initial R&R recommends GRANTING: [Re: DEF 1] PLF 1 motion for summary dismissal of late filed 28 U.S.C. §2255 motion (144-1). Objections due 10/26/01. Reply due 11/02/01. cc: USA, A. Weidner, Judge Sedwick |
| 148 - 4 | 10/19/01 | Initial R&R recommends GRANTING re: DEF 1 motion for order either: (1) staying petition for writ of habeas corpus or in the alternative. (146-1). Objections due 10/26/01. Reply due 11/02/01. cc: USA, A. Weidner, Judge Sedwick |
| 148 - 5 | 10/19/01 | Initial R&R recommends GRANTING re: DEF 1 motion in the alternative (2) dismissing petition for writ of habeas corpus w/o prejudice. (146-2). Objections due 10/26/01. Reply due 11/02/01. cc: USA, A. Weidner, Judge Sedwick |
| 149 - 1 | 10/29/01 | DEF 1 motion for ext of time to file objections to R&R re mot to dissmiss 2255 (142-1); mot for summary dismissal of late 2255 motion (144-1); unopposed mot for stay or dismissal w/o prejudice (146-1) w/att aff. |
| 149 - 2 | 10/29/01 | DEF 1 motion for consideration on shortened time re 149-1. |
| 149 - 3 | 10/30/01 | [Re: DEF 1] AHB Order granting motion for ext of time to file objections to R&R re mot to dismiss 2255 (142- (149-1), motion for consideration on shortened time re 149-1 (149-2); objections due on/before COB 11/14/01; replies due on/before 11/26/01. cc: USA, P. Weidner |
| 150 - 1 | 11/02/01 | DEF 1 Notice to Court re concurrence w/R&R re: DEF 1 Motion under 28 USC Section 2255 to vacate, set aside, or correct sentence. (137-1), [Re: DEF 1] PLF 1 motion to dismiss 2nd or successive 28:2255 motion for lack of crt of appeals certificate (142-1), [Re: DEF 1] PLF 1 motion for summary dismissal of late filed 28 U.S.C. §2255 motion (144-1), DEF 1 motion for order either: (1) staying petition for writ of habeas corpus or in the alternative. (146-1), DEF 1 motion in the alternative (2) dismissing petition for writ of habeas corpus w/o prejudice (146-2). |
| 151 - 1 | 11/21/01 | Final R&R re: DEF 1 Motion under 28 USC Section 2255 to vacate, set aside, or correct sentence (137-1), [Re: DEF 1] PLF 1 motion to dismiss 2nd or successive 28:2255 motion for lack of crt of appeals certificate (142-1), [Re: DEF 1] PLF 1 motion for summary dismissal of late filed 28 U.S.C. §2255 motion (144-1), DEF 1 motion for order either: (1) staying petition for writ of habeas corpus or in the alternative. (146-1), DEF 1 |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A94-0077--CR (JWS)
                         "USA V ALAN WAGERS ET AL"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | motion in the alternative (2) dismissing petition for writ of habeas corpus w/o prejudice. (146-2); matter now forwarded to trial judge for determination.  cc: USA, A. Weidner, Judge Sedwick |
| 152 - 1 | 11/29/01 | [Re: DEF 1] JWS Minute Order denying mot under 28 U.S.C section 2255 to vacate, set aside, or correct sentence (137-1); granting mot to dismiss 2nd or successive 28:2255 mot for lack of crt of appeals (142-1), mot for summary dismissal of late fld 28 U.S.C. §2255 mot (144-1), mot for ord either: (1) staying pet for writ of habeas corpus (146-1), mot in the alternative (2) dismissing pet for writ of habeas corpus (146-2). cc: USA, A. Weidner, MJ Branson |
| 153 - 1 | 11/29/01 | [Re: DEF 1] JWS Judgment dismissing w/o prej 2255 pets. cc: USA, A. Weidner, MJ Branson |
| NOTE - 3 | 07/20/04 | [Re: DEF 2] Issued WOA. |
| 154 - 1 | 07/20/04 | [Re: DEF 2] JWS Order and petition for violation of SR.  The petition for SR revocation is referred to the Magistrate Judge for I/A and prel hrgs.  The evidentiary hrg will be held before the Magistrate Judge only upon consent.  cc: AUSA, USM, USPO, Def w/USM cy, MJ Branson |
| NOTE - 4 | 10/01/04 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 9/24/04 in New Orleans, LA. |
| 155 - 1 | 10/04/04 | [Re: DEF 2] Return of WOA executed on 9/24/04. |
| 156 - 1 | 12/23/04 | [Re: DEF 2] PLF 1 Status Report. |
| 157 - 1 | 12/27/04 | [Re: DEF 2] JWS Minute Order that pet @ dkt 154 will not be addressed in this district; pet to be deemed disposed of by Eastern District of LA. cc: USA, USPO, USM, MJ Branson |